IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-37 |
| | ) | |
| ROBERT RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: April 4, 2006

AND NOW, to wit, this ____ day of _____, 2006, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
APR 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE