IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 37 |
| ) | |
| ROBERT RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

REDACTED

FILED
APR 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

On or about February 21, 2006, in or near Wilmington, in the State and District of Delaware, Robert Rodriguez, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### Count II

On or about February 21, 2006, in or near Wilmington, in the State and District of Delaware, Robert Rodriguez, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Smith & Wesson .357 caliber revolver, serial no. 7347, a Marlin .22 caliber bolt action rifle, serial no. 24315839, and a P.V. 12 gauge single-shot shotgun, serial no. 1KG086, after having been convicted on or about May 19, 1995, of a crime punishable by imprisonment for a term

exceeding one year, in Bergen County Superior Court, New Jersey, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: 4/4/06

