IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-37 |
| | ) | |
| ROBERT RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, ROBERT RODRIGUEZ, as a result of the Indictment returned against him on April 4, 2006.

COLM F. CONNOLLY
United States Attorney

By: *Richard G Andrews*
Richard G. Andrews
First Assistant United States Attorney

Dated: 4/4/06

AND NOW, this _4th_ day of _April_, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of ROBERT RODRIGUEZ.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
APR 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE