IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>v. )<br>  )<br>ROBERT RODRIGUEZ, )<br>  )<br>    Defendants. ) | Criminal Action No. 06-37 |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as the Defendant has been arrested.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 4-12-06

AND NOW, this 12th day of April, 2006, upon the foregoing Motion, it is

ORDERED that the Indictment and file in the above-captioned case are hereby unsealed.

_____
J.