IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-37 |
| | ) | |
| ROBERT RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as attorney of record on behalf of the United States of America, and enter the appearance of United States Attorney Colm F. Connolly.

_____
Colm F. Connolly
United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
colm.connolly@usdoj.gov

Dated: April 13, 2006