IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-37-GMS |
| ) | |
| ROBERT RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of United States Attorney Colm F. Connolly as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

                                                  Richard G. Andrews
                                                  Assistant United States Attorney
                                                  Nemours Building, #700
                                                  P.O. Box 2046
                                                  Wilmington, Delaware 19899-2046
                                                  richard.andrews2@usdoj.gov

Dated: April 20, 2006