IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-37 |
| | ) | |
| ROBERT RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**<u>HABEAS CORPUS AD PROSEQUENDUM</u>**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, respectfully states:

1. On April 4, 2006, Robert Rodriguez was indicted on one count of possession with intent to distribute heroin in violation of 21 U.S.C. § 841(a)(1) and one count of possession of a firearm by a felon in violation of 18 U.S.C. § 922(g)(1).

2. Robert Rodriguez is currently detained on State offenses at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, May 18, 2006, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institute (Gander Hill), to bring the said defendant Robert Rodriguez before this Court on May 18, 2006, at 1:00 p.m. for an Initial Appearance and Arraignment and to be returned to the Warden for Howard R. Young Correctional Institute (Gander Hill) only after a final disposition of the charges against the defendant has occurred in the District of Delaware.

COLM F. CONNOLLY
United States Attorney

BY: *(signature)*
Richard G. Andrews
First Assistant United States Attorney

Dated: 5/8/06

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court