IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| v. | )   Crim. Act. No. 06-37-GMS |
| ROBERT RODRIGUEZ, | ) |
|     Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    \_\_X\_\_ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    \_\_X\_\_ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    \_\_X\_\_ Defendant's appearance as required

    __X__      Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because **(check one or both)**:

    __X__      Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____     Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____     At first appearance

    __X__      After continuance of __3__ days (not more than 3).

DATED this __18th__ day of __May__, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Richard G. Andrews_
Richard G. Andrews
First Assistant U. S. Attorney