IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-37-GMS |
| v. | § | |
| | § | |
| ROBERT RODRIGUEZ | § | |
|     Defendant. | § | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
    WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTE,
    WILMINGTON, DELAWARE

GREETINGS:

    We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **ROBERT RODRIGUEZ** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL INSTITUTE and who is a defendant in the above-entitled cause, in which cause the said **ROBERT RODRIGUEZ** was charged with a violation of 21 U.S.C. SECTION 841(a)(1) and (B)(1)(c); 18:922(g)(1) and 924(a)(2) for an **INITIAL APPEARANCE on THURSDAY, MAY 18, 2006** at **1:00 PM** and to be returned to remain in the custody of the U.S. Marshal until the final disposition of the pending charges.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 10th day of MAY 2006.

PETER T. DALLEO, CLERK

By: _____
     Deputy Clerk

FILED
MAY 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE