AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

UNITED STATES OF AMERICA

V.

ROBERT RODRIGUEZ

**WARRANT FOR ARREST**

Case Number: CR 06-37-UNA

To: The United States Marshal
and any Authorized United States Officer



~~SEALED~~ Unsealed 4/12/06

YOU ARE HEREBY COMMANDED to arrest __ROBERT RODRIGUEZ__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNT I);
POSSESSION OF A FIREARM BY A FELON - ( COUNT II )

FILED
JUN 09 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & (b)(1)( C )__

PETER T. DALLEO
Name of Issuing Officer

BY: _[signature]_ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

APRIL 4, 2006 AT WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Robert Rodriguez

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-4-06 | William David Dosen | William Dosen |
| DATE OF ARREST | | |
| 5-18-06 | | |