# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
UNITED STATES OF AMERICA,        §                                    06-37 (GMS)
            Plaintiff,           §
                                 §        CRIMINAL ACTION NO.
            v.                   §                              FILED
                                 §
    ROBERT RODRIGUEZ             §                              JAN -8 2007
            Defendant.           §
                                                               U.S. DISTRICT
                                                               DISTRICT OF DE
```

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
     WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTE,
     WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to

the United States Marshal for the District of Delaware, the body of

the said **ROBERT RODRIGUEZ** who is now detained and imprisoned in the

HOWARD R. YOUNG CORRECTIONAL INSTITUTE and who is a defendant in

the above-entitled cause, in which cause the said **ROBERT RODRIGUEZ**

was charged with a violation of 21 U.S.C. SECTION 841(a)(1)   and

(B)(1)( c ); 18:922(g)(1)and 924(a)(2) for an **INITIAL APPEARANCE on**

**THURSDAY, MAY 18, 2006** at **1:00 PM** and to be returned to remain in

the custody of the U.S. Marshal until the final disposition of the

pending charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the

District Court of the United States for the District of Delaware,

this 10th day of MAY 2006.

CERTIFIED: 5/10/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
        Deputy Clerk

PETER T. DALLEO, CLERK

By: _____
        Deputy Clerk



COPY

HENDO CLERK